220

(No. 5767—)

Lyal Lauth, Claimant, vs. State of Illinois, Respondent.

*Opinion filed May 11, 1971.*

Lyal Lauth, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 5778—)

Kate Maremont Foundation, Claimant, vs. State of Illinois, Department of Public Aid, Respondent.

*Opinion filed May 11, 1971.*

Rivers, Watt and Lockhart, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.